IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/25/19 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23555-TPA |
| Kimberly E. Watson | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 6/12/2019 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:**    #84 Contested Amended Plan dated 4/17/2019

**APPEARANCES:**

    Debtor:    Brent Lemon
    Trustee:    Owen Katz

**NOTES:**

Katz:    This matter didn't have any special language re payments on student loan being on reserve.  Total $4,800

Lemon:    Thank you for the guidance on the student loan matters.

J.    Student Loan priority discussed.

**OUTCOME:**    Chambers to issue order

ljm