## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Kimberly E. Watson, | : | Bankruptcy Case No.: 17-23555-TPA |
| Debtor. | : | Chapter 13 |
| Kimberly E. Watson, | : | |
| Movant, | : | Document No.: |
| v. | : | Related to Document No.: |
| No Respondents, | : | Related to Claim No.: 4 |
| Respondent. | : | |

### DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on June 11, 2019, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for July 1, 2019.

The new post-petition monthly payment payable to Respondent is $561.24, effective July 1, 2019, per the notice dated June 11, 2019, 2019.  The Debtor's Plan payment provides for a monthly payment to Bank of New York, Mellon of $750.00.  Therefore, Debtor's Plan remains sufficient.

                                                Respectfully Submitted,

Date:  June 27, 2019                /s/Brian C. Thompson
                                            Brian C. Thompson, Esquire
                                            Attorney for Debtor
                                            PA I.D. # 91197
                                            Thompson Law Group, P.C.
                                            125 Warrendale Bayne Road, Suite 200
                                            (724) 799-8404 Telephone
                                            (724) 799-8409 Facsimile
                                            bthompson@thompsonattorney.com