FILED
7/11/19 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KIMBERLY E. WATSON : Case No. 17-23555 TPA
   *Debtor* : Chapter 13
: Related Document No. 84
: Hearing: August 7, 2019 at 12:00 P.M.

## ORDER

*AND NOW*, this **11th** day of *July, 2019,* after hearing held on June 12, 2019 on the *Amended Chapter 13 Plan* dated April 17, 2019 filed at Document No. 84,

It is hereby **ORDERED, ADJUDGED and DECREED** that the hearing is continued to *August 7, 2019* at *12:00 P.M.* in Courtroom "C", U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219.

_____
Thomas P. Agresti, Judge   jlm
United States Bankruptcy Court

Case Administrator to Serve:
 Debtor by USPS
 Brian C. Thompson, Esq.
 Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 17-23555-TPA
Kimberly E. Watson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　User: aala　　Page 1 of 1　　Date Rcvd: Jul 11, 2019
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
db　　　　　　+Kimberly E. Watson,　810 GARDEN CITY DR,　Monroeville, PA 15146-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
      Andrew M. Lubin　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWABS 2006-BC5) alubin@milsteadlaw.com,　bkecf@milsteadlaw.com
      Brian C. Thompson　　on behalf of Debtor Kimberly E. Watson bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
      James Warmbrodt　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWABS 2006-BC5) bkgroup@kmllawgroup.com
      Matthew Christian Waldt　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWABS 2006-BC5) mwaldt@milsteadlaw.com,　bkecf@milsteadlaw.com
      Matthew Christian Waldt　　on behalf of Creditor　　Bayview Loan Servicing LLC mwaldt@milsteadlaw.com,　bkecf@milsteadlaw.com
      Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
      S. James Wallace　　on behalf of Creditor　　Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8