FILED
8/9/19 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23555-TPA |
| | : | | |
| Kimberly E. Watson | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/7/2019 |
| | : | Time: | 12:00 |

## PROCEEDING MEMO

**MATTER:**    #84 Cont. Contested Amended Plan dated 4/17/19

**APPEARANCES:**

    Debtor:    Brian C. Thompson
    Trustee:   Kate DeSimone (video)

**NOTES:**

Thompson:    The unsecured debt is around $1,647. The student loans are a total of $622 per month. We are amenable to how the Trustee wants to deal with it.

Katz:    We have a balance on hand of about $9,000.

Court:    What if we pay the unsecured and start paying the student loan creditors.

**OUTCOME:**    Chambers to enter order on distribution of funds on hand.

*/s/ signature*

vas