FILED
8/12/19 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KIMBERLY E. WATSON,  :  Case No. 17-23555-TPA
*Debtor,*  :  Chapter 13
 :  Related to Doc. No. 84

## ORDER

On August 7, 2019 a continued hearing was held on the ***Amended Chapter 13 Plan*** dated April 17, 2019 (Doc. 96) ("Plan"). The Plan was originally scheduled for hearing due to its proposed treatment of student loan creditors. The Plan proposes to pay student loan creditors $622.16 per month, which is significantly more than the "de minimis" amounts previously allowed by this Court to be paid in other cases. In order to prevent discrimination against the general unsecured creditors, the Court will not allow this amount to be paid until the unsecured creditors are paid in full. At the hearing, Counsel for the Trustee and the Debtor stated unsecured debt only totals $1,647. The Trustee indicated there is $9,479.26 on hand. Since the Trustee currently has the ability to pay the unsecured claims in full, the Court will direct that be done immediately, and then the Debtor may pay the student loan creditor according to the Plan. Therefore,

***AND NOW,*** this ***12th*** day of ***August, 2019***, for the reasons stated at the August 7th hearing and above, it is hereby ***ORDERED, ADJUDGED,*** and ***DECREED*** that:

(1) The Chapter 13 Trustee is directed to pay unsecured creditor claims in full, in the amount of $1,647.51.

(2) A subsequent Chapter 13 Plan Confirmation Order will be issued, *incorporating the foregoing as an additional term*.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
 Debtors
 Brian Thompson, Esq.
 Ronda Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-23555-TPA
Kimberly E. Watson                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin                 Page 1 of 1              Date Rcvd: Aug 12, 2019
                             Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
db              +Kimberly E. Watson,    810 GARDEN CITY DR,    Monroeville, PA 15146-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2006-BC5) alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              Brian C. Thompson    on behalf of Debtor Kimberly E. Watson bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2006-BC5) bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWABS 2006-BC5) mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Bayview Loan Servicing LLC
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8