## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-23555-TPA |
| | ) | |
| Kimberly E. Watson, | ) | Chapter 13 |
| | ) | |
|       Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 122, 123 |
| | ) | |
|       Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 5, 2021 at 11:00 A.M. |
| | ) | |
|       No Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on March 26, 2021, at Document No. 122 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 123, Objections were to be filed and served no later than April 12, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 122 be entered by the Court.

Date: <u>April 13, 2021</u>    /s/ Brian C. Thompson
                                                          Brian C. Thompson, Esquire
                                                          Attorney for Debtor
                                                          PA ID No. 91197
                                                          THOMPSON LAW GROUP, P.C.
                                                          125 Warrendale Bayne Road, Suite 200
                                                          Warrendale, PA 15086
                                                          (724) 799-8404 Telephone
                                                          (724) 799-8409 Facsimile
                                                          bthompson@thompsonattorney.com