# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Kimberly E. Watson** <br> DEBTOR | CASE NO.: 17-23555-TPA |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the Cwabs Inc., Asset-Backed Certificates, Series 2006-BC5 ("The Bank of New York"), secured creditor to the above-entitled Debtor by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following address and telephone/facsimile numbers:

> Kaitlin D. Shire, Esquire
> Hill Wallack LLP
> 777 Township Line Road, Suite 250
> Yardley, PA 19067
> Telephone: (215)579-7700
> Facsimile: (215)579-9248
> Email: kshire@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive The Bank of New York's (i) right to have final orders in non-core matters entered only after de novo

{Y0956255; 1}

review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which The Bank of New York is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 21, 2021

Hill Wallack LLP

By: */s/ Kaitlin D. Shire*
    Kaitlin D. Shire, Esquire, Atty ID: 324226
    777 Township Line Rd, Suite 250
    Yardley, PA 19067
    Telephone: (215)579-7700
    Facsimile: (215)579-9248
    Email: kshire@hillwallack.com

Counsel to The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the Cwabs Inc., Asset-Backed Certificates, Series 2006-BC5

{Y0956255; 1}