FILED
8/12/21 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 17-23555-TPA | |
| | : | | | |
| Kimberly E. Watson | : | Chapter: | 13 | |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | 8/11/2021 | |
| | : | Time: | 11:00 | |

## PROCEEDING MEMO

**MATTER**        #136 Status Conf. on Resp. to Notice of Final Cure

              #141 Motion for Determination of Final Cure Under F.R.B.P. 3002.1(h)

              #144 Consent Order Resolving Notice of Final Cure

**APPEARANCES:**

Debtor:        Brent Lemon
Trustee:       Ronda J. Winnecour
Bank of New York Mellon: Kaitlin Shire

**NOTES:**

Lemon:    No objection to the Consent Order.

J.           Discussion on filing of the Notice.

Shire:    My firm was retained after the Notice was filed.

**OUTCOME:**    #141 Moot in light of entry of Consent Order resolving the matter
              #144 GRANTED / OE

jlm